IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK PIZZELLA, | : | CIVIL ACTION |
| | : | NO. 18-4663 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EMPIRE DINER, et al., | : | |
| | : | |
| Defendants. | : | |

### JUDGMENT

**AND NOW**, this **18th** day of **August, 2022**, in accordance with the Court's Findings of Fact and Conclusions of Law filed herewith, judgment is hereby **ENTERED** in favor of Plaintiffs and against Defendants in the amount of $1,351,253.34, consisting of $675,626.67 in back wages and an equal amount in liquidated damages. It is further **ORDERED** that Defendants are **PERMANENTLY ENJOINED** from violating 29 U.S.C. §§ 206 and 207 in the future.

**IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**