IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK PIZZELLA, | : | CIVIL ACTION |
| | : | NO. 18-4663 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MOSLUOGLU, INC., et al., | : | |
| | : | |
| Defendants. | : | |

## O R D E R

**AND NOW** this **7th** day of **November, 2022,** upon consideration of Defendants' Motion to Amend the Court's Findings, for a New Trial and/or for Relief from Judgment (ECF No. 103), and the responses thereto, it is hereby **ORDERED** that Defendants' Motion is **DENIED.**

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
────────────────────────
**EDUARDO C. ROBRENO, J.**